IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**FILED**
SEP 2 3 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JONES<br><br>Defendant. | Case No. 2:25cr112<br><br>18 U.S.C. § 1349<br>Conspiracy to Commit Mail<br>and Bank Fraud<br>(Count One)<br><br>18 U.S.C. § 1343 & 2<br>Wire Fraud<br>(Count Two)<br><br>Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

**GENERAL ALLEGATIONS**

At all times relevant to this indictment:

1. ADRIAN KNIGHT ("KNIGHT") is the owner and founder of Ace Auto Sales, LLC ("Ace"), in Chesapeake, Virginia, among other automobile sales companies.

2. Co-Conspirators 1 and 2 ("CC1" and "CC2") initially co-founded and owned Saint Auto Sales, LLC. ("Saint"), which was established in or about April 2021. KNIGHT operated Saint, either solely or in conjunction with CC2. Ace and Saint are in the same office in Chesapeake, Virginia.

3. Langley Federal Credit Union, Chartway Federal Credit Union, NEA Federal Credit Union, Virginia Credit Union, ABNB Federal Credit Union, 1st Advantage Federal Credit Union, First Tech Federal Credit Union, Navy Federal Credit Union, Redstone Federal Credit Union, and Call Federal Credit Union were financial institutions engaged in, and whose activities affected, interstate commerce and whose deposits were insured by the National Credit Union Share

Insurance Fund. These credit unions operated in the Eastern District of Virginia.

4. Atlantic Union Bank, Old Point National Bank, Fifth Third Bank, United Services Automobile Association ("USAA") Federal Savings Bank, Truist Bank, and Dollar Bank were financial institutions engaged in, and whose activities affected, interstate commerce and whose deposits were insured by the Federal Deposit Insurance Corporation. These banks operated in the Eastern District of Virginia.

## COUNT ONE

## CONSPIRACY TO COMMIT MAIL AND BANK FRAUD

5. In or about September 2022, in the Eastern District of Virginia and elsewhere, defendant CHRISTOPHER JONES, and others known and unknown, knowingly and intentionally combined, conspired, confederated and agreed to commit the following offenses against the United States:

6. Mail Fraud: defendant, and others known and unknown, having devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly place and caused to be place in any post office and authorized depository for mail, a matter and thing whatever to be sent and delivered by the Postal Service; did deposit and caused to be deposited a matter and thing whatever to be sent and delivered by any private and commercial interstate carrier; and caused to be delivered by mail and such carrier a matter and thing whatever according to the direction thereon, for the purpose of such scheme and artifice, in violation of Title 18, United States Code, Section 1341; and

7. Bank Fraud: defendant, and others known and unknown, knowingly and intentionally executed a scheme and artifice to defraud and to obtain monies, funds, credits, assets,

securities, and other property owned by and under the custody and control of financial institution as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses. representations, and promises, in violation of Title 18. United States Code, Section 1344.

## PURPOSE OF THE SCHEME AND CONSPIRACY

8. The purpose of the scheme, artifice, and conspiracy was for JONES and others to profit personally by obtaining money and property to which they were not entitled by receiving money from financial institutions based on falsified auto loan application documents.

## MANNER AND MEANS

9. JONES and others known and unknown collaborated and conspired with KNIGHT to apply for fraudulent automobile loans to financial institutions. In the fraudulent loan applications to financial institutions, Ace was listed as the seller of the automobile in the buyer's agreement or the buyer's order that would routinely accompany the fraudulent loan applications.

10. JONES and KNIGHT, and others known and unknown, caused the bank to give loans with no secured assets.

11. In the applications, JONES and KNIGHT provided materially false information such as a Vehicle Identification Number ("VIN") that was altered or acquired from a vehicle not in inventory at Ace, and they provided materially false information by stating false income and employment data. As a result of the applications, JONES and KNIGHT caused financial institutions to mail a check for the automobile loan amounts to himself or to Ace. No automobiles were purchased with the loan proceeds.

12. As an example, In or about March 2022, JONES submitted a $26,000 automobile loan application with Call Credit Union through Ace, causing Call Credit Union to mail the check

to Ace. KNIGHT deposited the check in Ace's bank account. No automobile was purchased with the loan proceeds.

(In violation of Title 18, United States Code, Section 1349).

## COUNT TWO

## WIRE FRAUD

13. In September 2022, in the Eastern District of Virginia and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, CHRISTOPHER JONES, and others known and unknown, knowingly transmitted and caused to be transmitted by means of a wire communication in interstate and foreign commerce certain writings, signs, signals, pictures and sounds, and did aid and abet the same. To wit, in or about September 2022, among other dates, JONES, for the purpose of executing the scheme described below, caused to be transmitted the following fraudulent wire communications:

| DATE (ON OR ABOUT) | FINANCIAL INSTITUTION | DESCRIPTION |
|---|---|---|
| September 23, 2022 | United Services Automobile Association ("USAA") | JONES submitted a $50,000 automobile loan application with USAA for a Mercedes Benz VIN ending 2957 through Saint Auto Sales with the assistance of ADRIAN KNIGHT, causing an ACH deposit from USAA in San Antonio, Texas, to Saint's bank account at Towne Bank, in Suffolk, Virginia, ending in -3333 for $50,000. No automobile was purchased with the loan proceeds. |

(In violation of Title 18, United States Code, Sections 1343 & 2).

## FORFEITURE

1.  The defendant, if convicted of either of the violations alleged in this criminal information, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2.  If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A); Title 28, United States Code, Section 2461(c).)

Respectfully submitted,

Lindsey Halligan
United States Attorney

Date: September 22, 2025      By:  s/ Clayton D. LaForge
                                   _____
                                   Clayton D. LaForge
                                   Assistant United States Attorney